IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JOSEPH ANTOINE C. NARD                                    PLAINTIFF
ADC #169524

v.                      No. 2:24-cv-71-DPM

DOES                                                     DEFENDANTS

JUDGMENT

Nard's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 May 2024